18447—Kinsman National Bank v. John Jerko; error to Trumbull Appeals. Judgment re-

## OHIO SUPREME COURT—Continued

versed. Marshall, C. J., Day, Allen and Conn, JJ., concur. Robinson, Jones and Matthias, JJ., dissent. Dock. 3-14-24, 2 Abs. 210; Mo. Cer. Sus. 2 Abs. 422.